**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1504**

———————

JANICE WOLK GRENADIER,

　　　　　Plaintiff – Appellant,

　　　v.

BWW LAW GROUP, LLC, f/k/a Bierman, Geesing, Ward & Wood, LLC; HOWARD N. BIERMAN; EQUITY TRUSTEES, LLC; MARK R. GALBRAITH; WELLS FARGO; BANK OF AMERICA, f/k/a LaSalle Bank N.A., as successor-in-interest, Jointly and Severally, in their Official and Personal Capacities; OCWEN LOAN SERVICING, LLC, Jointly and Severally, in their Official and Personal Capacities,

　　　　　Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:14-cv-00827-LMB-TCB)

———————

Submitted: November 14, 2016　　　Decided: November 22, 2016

———————

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Janice Wolk Grenadier, Appellant Pro Se. Robert Ryan Michael, BWW LAW GROUP, LLC, Richmond, Virginia; Syed Mohsin Reza, Mary Catherine Zinsner, TROUTMAN SANDERS, LLP, Tysons Corner,

Virginia; Nathaniel Patrick Lee, MCGUIREWOODS, LLP, Tysons Corner, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Wolk Grenadier appeals the district court's order declining to take action on her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Grenadier v. BWW Law Group, No. 1:14-cv-00827-LMB-TCB (E.D. Va. Apr. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3